UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: MARSHALLDA DENISE KARRAN } | CHAPTER 13 |
| } | |
| DEBTOR(S) } | CASE NO. A14-65529-PWB |
| } | |
| MARY IDA TOWNSON, } | JUDGE BONAPFEL |
| CHAPTER 13 TRUSTEE, } | |
| MOVANT } | |
| vs. } | |
| } | |
| ALTAIR OH XIII, LLC } | |
| } | |
| RESPONDENT(S) } | |

## CHAPTER 13 TRUSTEE'S OBJECTION TO CLAIM

COMES NOW, Mary Ida Townson, Standing Chapter 13 Trustee, and files this her Objection to Claim and shows the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on August 8, 2014. The plan was confirmed by the Court on February 11, 2015.

2.

On April 3, 2015, Altair OH XIII, LLC filed an unsecured claim in the amount of $8,840.00 (claim number 8 on the Court's Claims Register).

3.

This claim was filed after the claims bar date, in violation of Fed. R. Bankr. P. 3002(c).

WHEREFORE, based on the foregoing, the Chapter 13 Trustee respectfully moves the Court for an order disallowing claim 8 of Altair OH XIII, LLC and for such other and further relief as the Court may deem just and proper.

Respectfully submitted this   14th   day of April, 2015.

/s/
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
Georgia Bar Number 423627
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
brandik@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: MARSHALLDA DENISE KARRAN } | CHAPTER 13 |
| } | |
| DEBTOR(S) } | CASE NO. A14-65529-PWB |
| } | |
| MARY IDA TOWNSON, } | JUDGE BONAPFEL |
| CHAPTER 13 TRUSTEE, } | |
| MOVANT } | |
| vs. } | |
| } | |
| ALTAIR OH XIII, LLC } | |
| } | |
| RESPONDENT(S) } | |

**NOTICE OF HEARING**

PLEASE TAKE NOTE that the Chapter 13 Trustee has filed an objection to claim seeking an order disallowing the claim

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **May 20, 2015** at **10:00 A.M. in Courtroom 1401, United States Courthouse, 75 Spring Street, Atlanta, Georgia 30303.**

Your rights may affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is **Clerk, United States Bankruptcy Court, Suite 1340, 75 Spring Street, S.W., Atlanta, GA   30303,** and a copy furnished to the party listed below:  c/o Chapter 13 Trustee, Mary Ida Townson, Suite 2200, 191 Peachtree St., N.E., Atlanta, GA   30303.

                                                       _____/s/_____
                                                       Brandi L. Kirkland
                                                       Attorney for the Chapter 13 Trustee
                                                       Georgia Bar Number 423627
                                                       191 Peachtree Street, Suite 2200
                                                       Atlanta, Georgia 30303-1740
                                                       (404) 525-1110
                                                       brandik@atlch13tt.com

A14-65529-PWB

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Chapter 13 Trustee's Objection to Claim was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

DEBTOR(S):
Marshallda Denise Karran
800 Pine Ridge Bend
Stone Mountain, GA 30087

ATTORNEY FOR DEBTOR(S):
Hammond & Hammond
122 South Main Street
Jonesboro, GA 30236

CREDITOR(S):
Max Zaleski, Supervisor
Representative of Altair OH XIII, LLC
c/o Weinstein & Riley, P.S.
2001 Western Avenue, Ste 400
Seattle, WA 98121

This   14th   day of April, 2015.

                                              Respectfully submitted,

                                              /s/
                                              Brandi L. Kirkland
                                              Attorney for the Chapter 13 Trustee
                                              Georgia Bar Number 423627
                                              191 Peachtree Street, Suite 2200
                                              Atlanta, Georgia 30303-1740
                                              (404) 525-1110
                                              brandik@atlch13tt.com